UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| REID VAN NESS, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | No. 3:24-cv-01353 |
| PAMELA STEPHENS, et al., | ) |  |
| Defendants. | ) |  |

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court rules as follows: Defendants' Motion to Dismiss (Doc. No. 39) is **GRANTED IN PART** as to Van Ness's claims against Defendant Jonathan Skrmetti and Van Ness's requests for compensatory damages against all Defendants and is **DENIED IN PART** in all other respects. Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 21, Van Ness's claims against Defendant Carter Lawrence and his requests for equitable relief for injuries to third parties are **DISMISSED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE