## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **REID VAN NESS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:24-cv-01353** |
| | ) | |
| **PAMELA STEPHENS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

On May 15, 2025, the Court held a hearing on Plaintiff Reid Van Ness's Motion for Preliminary and Permanent Injunction (Doc. No. 58). As discussed on the record, the parties shall file post-hearing briefs describing their findings of fact and conclusions of law within 10 days of the hearing transcript becoming available. The parties shall ensure that their briefs contain arguments both on jurisdictional matters and the merits of Van Ness's claims.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE